UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Civil Action No. 26-0835 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 23, 2026, Minute Order, the Parties conferred and respectfully submit the following joint status report on this Freedom of Information Act ("FOIA") case:

1. On December 2, 2025, Plaintiff sent a FOIA request to Defendant U.S. Immigration and Customs Enforcement ("ICE") seeking records related to the Department of Justice ("DOJ") and voter data ("ICE Data Sharing Request"). ICE made its first interim production on May 15, 2026, advising Plaintiff that it reviewed eighty-five pages, two of which were determined to be non-responsive. In addition, thirteen pages were forwarded to DOJ for consultation, and eleven pages were sent to the United States Customs and Immigration Services ("USCIS") for their review and direct response to Plaintiff. The remaining fifty-nine pages were released in part. ICE made its second interim production on July 6, 2026, consisting of the pages that were sent to DOJ for consultation. On July 17, 2026, USCIS advised ICE that ICE could release all eleven pages in full. On August 14, 2026, ICE made its third and final interim production, consisting of the eleven USCIS pages, without any withholdings.

2. On December 2, 2025, Plaintiff sent a FOIA request to DOJ's Civil Rights Division ("CRT") seeking email communications sent by certain DOJ officials and containing specific key terms ("DOJ CRT Communications Request").

3. On December 2, 2025, Plaintiff sent a FOIA request to CRT seeking policies and procedures governing the collection, maintenance, storage, and/or retention of voter data from state or local election offices, final risk assessments, reports, or analyses regarding the collection of voter data, and records of policies and procedures regarding other federal agencies accessing or using voter data ("DOJ CRT Voter Data Policies Request").

4. CRT completed its searches and responsiveness reviews for both requests and has identified approximately 510 responsive records, consisting of approximately 4200 pages. CRT issued its first interim production on July 31, 2026, its second interim production on August 31, 2026, and its third interim production on September 30, 2026. CRT anticipates issuing its next interim production on or before October 31, 2026, and will issue rolling productions on a rolling basis until processing is complete.

5. On December 2, 2025, Plaintiff sent a FOIA request to DOJ's Criminal Division ("CRM") seeking the same documents as those sought in the DOJ CRT Civil Rights Voter Data Policies Request. CRM conducted electronic searches for records maintained by the sections likely to maintain responsive records. Those searches identified potentially responsive records, which CRM reviewed individually. After review, CRM determined that none of the records were responsive to the request. By letter dated July 13, 2026, CRM advised Plaintiff that it located no responsive records.

6. Pursuant to the Court's order, the parties will file a further Joint Status Report on or before January 4, 2027, and every ninety days after, until production is complete, at which case the parties will propose a schedule for summary judgment briefing if necessary.

Dated: October 6, 2026

Respectfully submitted,

*<u>/s/ Benjamin A. Sparks</u>*
BENJAMIN A. SPARKS
D.C. Bar #90020649
American Oversight
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
ben.sparks@americanoversight.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: <u>/s/ *Kaitlin K. Eckrote*</u>
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-2485
Kaitlin.eckrote@usdoj.gov

*Attorneys for the United States of America*